8363

HUESTESS v. SOUTH ATLANTIC INSURANCE CO.

RES JUDICATA.—The rulings of this Court in a case on appeal are *res judicata* of the same questions on a subsequent appeal in the same case.

Before SHIPP, J., Marlboro. Affirmed.

Action by Maggie B. Huestess and C. A. Hubbard, executors of J. B. Huestess, against South Atlantic Insurance Company. Defendant appeals.

*Messrs. Mounford, Hunton, Williams & Anderson, Thomas Benjamin Gay, Willcox & Willcox* and *Knox Livingston,* for appellant.

*Messrs. D. D. McColl, Jr.,* and *J. W. LeGrand,* contra.

November 6, 1912. The opinion of the Court was delivered by

MR. CHIEF JUSTICE GARY. There was a former appeal in this case which is reported in 88 S. C. 31, 70 S. E. 403. This Court granted a new trial. Thereafter the defendant amended its answer, by order of the Circuit Court. On the second trial in the Circuit Court, the jury rendered a verdict in favor of the plaintiffs, and the defendant appealed upon numerous exceptions. A statement of the facts appears in the opinion rendered by the Court, on the former hearing.

The rulings of this Court on the former hearing, dispose of all the questions raised by the present appeal.

The argument of the appellants' attorneys, is practically a review of those rulings. But they are not reviewable, as they are *res adjudicata. Jones* v. *Ry.,* 65 S. C. 410, 43 S. E. 884; *Brown* v. *Tel. Co.,* 92 S. C. 354.

Affirmed.

MR. JUSTICE WOODS *dissents.*